IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GREGORY WALKER, ) <br> ) <br> Defendant. ) | CASE NO. 8:11CR37 <br><br> ORDER |

This matter is before the Court on the Court's own motion.

IT IS ORDERED:

1. The warrant (Filing No. 46) is quashed; and

2. The Clerk is directed to deliver a copy of this Order to the U.S. Marshal for the District of Nebraska.

DATED this 6th day of December, 2011.

BY THE COURT:

S/Laurie Smith Camp
Chief United States District Judge